**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00906-CV

**IN RE MOSSER LAW PLLC, AND JAMES C. MOSSER, Relators**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03140**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE